JS-6

1

2

3

4

5

6

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11   DAVID WASHINGTON,                          Case No. 2:21-cv-01356-GW-PD

12                    Plaintiff,               **JUDGMENT**

13          v.

14   LORI MYERS, et al.,

15                    Defendants.

16

17

18        Pursuant to the Order Dismissing Action for Failure to Prosecute,

19        JUDGMENT IS HEREBY entered dismissing the action without

20   prejudice.

21   Dated: January 11, 2022

22

23   _____

     HON. GEORGE H. WU

24   UNITED STATES DISTRICT JUDGE

25

26

27

28